UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA DELGADO,

       Plaintiff,                              Case No. 24-cv-11088
                                                Hon. Matthew F. Leitman

v.

SARAH RASPBERRY, *et al.*,

       Defendants.

_____/

## ORDER (1) VACATING ORDER TO SHOW CAUSE (ECF No. 7) AND (2) TRANSFERRING THIS ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

On April 24, 2024, Plaintiff Maria Delgado filed this *pro se* civil-rights action. (*See* Compl., ECF No. 1.) Delgado is a Texas resident, and all of the Defendants are Texas residents. (*See id.* at ¶ 2, PageID.1. *See also id.*, PageID.13-14.) Delgado's Complaint is difficult to follow, but Delgado appears to bring claims arising out of a property dispute in Polk County, Texas, which is in the jurisdiction of the United States District Court for the Eastern District of Texas. None of the parties have any connection to the State of Michigan, and none of the acts Delgado complains of transpired in this State. The only connection to the State of Michigan appears to be that Delgado has asked the Court to send correspondence related to this case to an individual, Sotero Lopez, who lives in Detroit, Michigan. (*See id.*, PageID.13.) But

1

Lopez is not a party to this case. Nor do any of the allegations involve Lopez in any way.

Because Delgado's claims appear to arise entirely out of activities in Polk County Texas, and because all the parties to this case appear to be residents of Polk County, Texas, the Court concluded that in the interest of convenience and justice, this case should be transferred to the United States District Court for the Eastern District of Texas. *See* 28 U.S.C. § 1404(a). However, before the Court formally transferred this action, it provided Delgado an opportunity to respond and explain why she believed that this Court is the proper venue for this action. More specifically, it ordered Delgado to show cause, in writing, by no later than May 20, 2024, why the Court should not transfer this action to the United States District Court for the Eastern District of Texas. (*See* Show Cause Order, ECF No. 7.) The Court further warned Delgado that if she did not respond by that date, the Court would transfer her action to that court. (*See id.*)

Delgado has not responded to the Court's May 20 order to show cause or contacted the Court to request additional time to respond to that order. Nor has Delgado provided any basis to conclude that this Court is the proper venue for her action.

Accordingly, for all of the reasons explained above, and explained in the Court's May 20 order to show cause, the Court concludes that in the interest of

2

convenience and justice, this case should be transferred to the United States District Court for the Eastern District of Texas. The Clerk of the Court is **DIRECTED** to transfer this action to that court. Finally, the Court's May 20 order to show cause (ECF No. 7) is **VACATED.**

   **IT IS SO ORDERED.**

Dated: May 28, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 28, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126